THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10cv073

DORIS S. FISHER, )
 )
 Plaintiff, )
 )
 vs. )
 )
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
 )
 Defendant. )
 )
_____

## J U D G M E N T

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Summary Judgment is **DENIED**; the Defendant's Motion for Judgment on the Pleadings is **GRANTED**; and the Commissioner's decision is hereby **AFFIRMED**. This case is hereby **DISMISSED WITH PREJUDICE.**

Signed: October 19, 2011

Martin Reidinger
United States District Judge